IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INC,<br><br>        Plaintiff,<br><br>  v.<br><br>TRINITY SOFTWARE DISTRIBUTION,<br><br>        Defendant.<br>_____/ | No. C 12-01614 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 9, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 3/15/13.

DESIGNATION OF EXPERTS: 4/5/13; REBUTTAL: 4/25/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 17, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by 6/7/13;

    Opp. Due 6/14/13;  Reply Due 6/21/13;

    and set for hearing no later than July 5, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 13, 2013 at 3:30 PM.

JURY TRIAL DATE: August 26, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall respond to the complaint by 7/26/12.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/16/12

_____
SUSAN ILLSTON
United States District Judge